## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Kory Douglas KREIDER                                    5:20-MJ-926

I, Luis Herrera, declare and state as follows:

1.      On February 27, 2020, a Supervisory Border Patrol Agent (SBPA) was traveling southbound on IH-35 back from his assigned duties as the Laredo North Border Patrol Checkpoint Supervisor. At approximately 7:50 A.M. SBPA encountered a white truck possibly matching the description of one that was mentioned on a Be on the Lookout (BOLO) for possible alien and/or narcotic smuggling through a United States Border Patrol Checkpoint located within the Laredo Sector (LRT) area of responsibility, by the intersection of Bob Bullock Loop 20 and IH-35. The BOLO further indicated that there may be a concealed or aftermarket compartment present used to smuggle narcotics and/or humans. SBPA then proceeded to follow the white truck for further inspection Eastbound on Loop 20. SBPA then contacted another SBPA currently working at the Laredo North Border Patrol Station and relayed the information about the truck he had visual on and asked if SBPA could verify on the (BOLO) if the indicators of the truck matched the one mentioned on the (BOLO). SBPA confirmed that the white truck matched the one on the (BOLO). While the SBPA was traveling behind the white truck, he noticed only the driver in the truck and he appeared lost or unsure in what direction to travel. The vehicle then pulled into an auto parts store off International Boulevard. The SBPA then proceeded to conduct a consensual encounter.

2.      The driver identified as Kory Douglas Kreider voluntary stated that he was on his way to work but decided to turn around on Interstate Highway 35 at about the 13 mile marker and return to town to buy a part he needed for his truck. After a brief conversation, SBPA requested permission from Kreider to conduct an interior inspection of his truck, but Kreider denied. Prior to the consensual encounter, the SBPA had requested a vehicle registration check thorough Laredo Sector Communications (KAK 940) on the paper tag displayed on the vehicle. The return came back to an address but no make or model. SBPA then conducted a vehicle registration check by vehicle identification number (VIN) and the return address did not match the one from the temporary tag. Due to the discrepancies with the temporary tag and the VIN returns, SBPA contacted Laredo Police Department (LPD) for assistance to investigate the vehicles registration. LPD officer arrived on scene and after a brief investigation, determined the temporary tag was a fictitious tag. The other SBPA that was contacted earlier arrived on scene to provide assistance. As the other SBPA was standing by the passenger door, he noticed the rear seat back rest noticeably move forward as if someone pushed it from behind. After a closer look, in plain view, it was apparent that someone was moving hiding in the back seat. LPD gained access and discovered a subject hiding under a blanket. The subject was identified as Alvaro Flores-Ortiz a Mexican Nation with no documents to be in or remain in the United States. Both subjects were placed under arrest and transported to the Laredo North Border Patrol Station for processing.

3.      At approximately 11:51 A.M hours BPA provided Kreider a copy of Miranda Rights Warning via Service Form I-214 by BPA and Keider agreed to answer questions without an attorney present. Kreider stated he was a United States Citizen. Kreider stated he worked for a company called clean Energy. Kreider stated he was driving down IH-35 and was having trouble with the truck. Kreider stated he was approached by the SBPA at the auto parts store. Kreider then became irritated and requested to end the interview. All questions seized.

4.      The following day on February 28, 2020, Kreider advised a BPA working at the Laredo North Central Processing Unit he wanted to make a further statement regarding his action/involvement that led to his arrest for attempting to smuggle one illegal alien. Kreider stated he was recruited by a subject he knows as "Zapata". Kieder stated a male subject known as "Mike" called him the morning of and told him to pick up the vehicle and drive it to San Antonio. Kreider stated he was going to get paid 500 US dollars to transport the illegal alien to San Antonio, Texas. Kredier stated he knew he was transporting an illegal alien and that's why he changed his mind and decided to turn around.

5.      Alvaro Flores-Ortiz admitted to being a citizen off Mexico, without documents or authority to be in the United States. Flores-Ortiz is being used as a material witness for the case against Kory Douglas Kreider. Flores-Ortiz claimed he made arrangements and paid 10,000 US dollars with an unknown man to be smuggled into the United Sates. Flores-Ortiz stated his final destination was Chicago. Flores-Ortiz stated he crossed the Rio Grande River near Laredo, TX, on February 17, 2020. Flores-Ortiz stated he was taken to an unknown house. Flores-Ortiz stated he was loaded up into a white truck and was told to lay down on the floor behind the back seat. Flores-Ortiz was presented with a six pack photo

lineup, but was not able to identify the driver.
I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of February, 2020 at Laredo, Tx.

Luis Herrera
Border Patrol Agent
United States Border Patrol

    Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on 3rd day of March, 2020   at Laredo Texas

Diana Song Quiroga
United States Magistrate Judge

PC found on 03/02/2020 at 3:35 PM